DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

CATHERINE M. CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
P.O. Box 1098,
Carmichael, CA 95609
Telephone: 916-487-5441
Facsimile: 916-487-5440
Electronic Mail: legalassistant@corfeestone.com

Attorney for DEFENDANTS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| AURORA CERVANTES,<br><br>PLAINTIFF,<br><br>v.<br><br>RICHWOOD MEAT CO., INC., dba RICHWOOD MEAT, WOOD AND SONS LP, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.:  1:14-cv-01290-BAM<br><br>**STIPULATED DISMISSAL; ORDER**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and

1  attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement

2  entered into by such parties.

3

4  Date:  March 31st, 2015                                    /s/Daniel Malakauskas_____

5                                                             By: Daniel Malakauskas,
                                                             Attorney for Plaintiff

6

7  Date: March 31st, 2015                                     /s/Catherine Corfee_____

8                                                             By: Catherine Corfee,
                                                             Attorney for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1

## <u>ORDER</u>

2

3     **IT IS HEREBY ORDERED**, that this action be **dismissed, WITH PREJUDICE**, pursuant to

4   Federal Rules of Civil Procedure 41(a)(1).   The Clerk of the Court is instructed to close this case.

5

6   Dated:   **April 6, 2015**                                    */s/ Barbara A. McAuliffe*

7                                                                 UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

3